Greg K. Hafif, Esq. (SBN 149515)
ghafif@hafif.com
Michael G. Dawson, Esq. (SBN 150385)
mgdawson@hafif.com
**LAW OFFICES OF HERBERT HAFIF, P.C.**
269 West Bonita Avenue
Claremont, CA 91711-4784
Telephone: (909) 624-1671
Facsimile: (909) 625-7772

Larry A. Sackey (SBN 54474)
lsackey@sackeylaw.com
**LAW OFFICE OF LARRY A. SACKEY**
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
Telephone: (310) 575-4444
Facsimile: (310) 575-4520

Attorneys for Plaintiffs
ARMEN ABGARYAN, individually
and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ARMEN ABGARYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CUSTARD INSURANCE ADJUSTERS, INC., an Indiana corporation,<br><br>Defendant. | Case No. 8:17-cv-01849-DOC-JDE<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

Plaintiff Armen Abgaryan respectfully notifies the Court that the parties have agreed in principle to the settlement of the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement. Accordingly, Plaintiff respectfully requests that the Court continue the June 19, 2018

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced

Stay Pending Global Mediation by Judge David O. Carter.

Plaintiff is filing this Notice with Defendant, Custard Insurance Adjusters, Inc. approval and permission.

Dated: August 24, 2018

Greg K. Hafif
Michael G. Dawson
**LAW OFFICES OF HERBERT HAFIF, P.C.**

Larry A. Sackey
**LAW OFFICE OF LARRY A. SACKEY**

By: _____
     Greg K. Hafif
Attorneys for Plaintiff,
ARMEN ABGARYAN, individually
and on behalf of all others similarly situated

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 269 W. Bonita Avenue, Claremont, CA 91711.

On **August 24, 2018**, I served the foregoing document described as: **PLAINTIFF'S NOTICE OF SETTLEMENT;** on the interested parties as follows:

**SEE ATTACHED SERVICE LIST**

[x] **Via Regular** mail as follows: I deposited each envelope in the mail at Claremont, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.

[ ] **Via E-mail** as follows: I caused such document to be transmitted by electronic mail by filing with the U.S. District Court's CM/ECF filing system.

[ ] **Via Facsimile** as follows: I caused such documents to be transmitted by facsimile and placed in an envelope with postage thereon fully prepared in the United States mail at Claremont, California.

[ ] **Via Overnight Delivery** as follows: I am "readily familiar" with the firm's practice for delivering overnight envelopes or packages to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on the party making service.

[ ] **Via Personal Service** through attorney service.

[ ] (State or Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 24, 2018**, at Claremont, California.

_____Lydia Montano_____        _____/s/ Lydia Montano_____
Type or Print Name                    Signature

## SERVICE LIST

Mark A. Saxon, Esq.
Gordon Rees
101 West Broadway, Suite 2000
San Diego, CA 92101
Attorneys for Custard Insurance Adjusters, Inc.